**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 07-7174**

─────────

ERIC JERREL WILSON,

                                    Petitioner - Appellant,

        versus

MATTHEW B. HAMIDULLAH,

                                    Respondent - Appellee.

─────────

Appeal from the United States District Court for the District of South Carolina, at Florence.   Patrick Michael Duffy, District Judge.   (4:07-cv-00013-PMD).

─────────

Submitted:  November 20, 2007      Decided:  November 29, 2007

─────────

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Eric Jerrel Wilson, Appellant Pro Se.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Jerrel Wilson, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Wilson v. Hamidullah, No. 4:07-cv-00013-PMD (D.S.C. June 20, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED